# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William H. Freeman ,

    Plaintiff(s),

vs.

Michael J. Astrue ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-CV-48

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2010 Order.

Signed: January 21, 2010

Frank G. Johns, Clerk
United States District Court